UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONYELL T. TOLIVER | CIVIL ACTION |
| VERSUS | NO. 25-1420 |
| NAVY FEDERAL CREDIT UNION, ET AL. | SECTION "R" (3) |

## ORDER AND REASONS

Before the Court is *pro se* plaintiff Tonyell Toliver's Declaration[1] and Motion for Leave to File Revised Opposition to Motion to Dismiss.[2] The Court has reviewed both documents and will treat Toliver's Revised Opposition to Weltman's Motion to Dismiss as plaintiff's motion and memorandum in opposition to defendant Weltman, Weinberg & Reis Co. LPA's Motion to Dismiss for Failure to State a Claim and 12(b)(1).[3]

New Orleans, Louisiana, this 8th day of October, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 32.
[2] R. Doc. 34.
[3] R. Doc. 29.

1